**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ADISA NATURE, | : | No. 79 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| REED, ET AL. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2016, the "Notice of Removal to the King's Bench" is **DENIED**.